UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME DAVIS, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>BROWN SHOE COMPANY, INC., a New York corporation doing business as Famous Footwear; MIKE WEST, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1: 13-CV-01211-LJO-BAM<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER** |

The Stipulated Protective Order entered into by the parties (Doc. 21.) is hereby APPROVED.

IT IS SO ORDERED.

   Dated:  **July 21, 2014**            /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE