1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JEROME DAVIS and PRISCILLA HUMPHREY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROWN SHOE COMPANY, INC., a New York corporation doing business as Famous Footwear; MIKE WEST, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-01211-LJO-BAM<br><br>CLASS ACTION COMPLAINT AND ENFORCEMENT ACTION UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE §§ 2698 ET SEQ.<br><br>**ORDER VOLUNTARILY DISMISSING WITHOUT PREJUDICE  DEFENDANT MIKE WEST**<br><br>Complaint Filed:   June 4, 2013<br>Removed:              August 2, 2013 |

# ORDER

Pursuant to the Stipulation of the Parties and Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendant MIKE WEST is hereby dismissed from this action without prejudice.

**SO ORDERED**
**Dated: October 3, 2014**

                                            **/s/ Lawrence J. O'Neill**
                                            **United States District Judge**