JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823)
AN NGUYEN RUDA (Bar No. 215453)
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant BROWN GROUP RETAIL, INC., a
Pennsylvania corporation, d/b/a Famous Footwear, erroneously
sued as BROWN SHOE COMPANY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JEROME DAVIS and PRISCILLA HUMPHREY, individually and on behalf of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BROWN SHOE COMPANY, INC., a New York corporation doing business as Famous Footwear; MIKE WEST, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.    1:13-cv-01211-LJO-BAM<br><br>**STIPULATION POSTPONING HEARING AND FILING DEADLINES ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION  AND  NOTICE OF PROPOSED SETTLEMENT; ORDER**<br><br>DATE:　　　November 21, 2014<br>TIME:　　　9:00 a.m.<br>CTRM:　　　8<br>JUDGE:　　Hon. Barbara A. McAuliffe<br><br>Complaint Filed:  June 4, 2013<br>Removed:　　　August 2, 2013 |

　　　Plaintiffs JEROME DAVIS and PRISCILLA HUMPHREY and Defendant BROWN GROUP RETAIL, INC., a Pennsylvania corporation, d/b/a Famous Footwear, erroneously sued as BROWN SHOE COMPANY, INC., by and through their counsel of record, hereby stipulate and agree as follows:

　　　WHEREAS the parties have participated in a mediation and have reached a preliminary agreement on the most significant terms of a proposed settlement, including the total dollar amounts to be paid to the class and to the claims administrator, and the amounts to be sought in incentive awards and attorney fees and costs, to which Defendant will not object;

1  WHEREAS the parties, with the assistance of the mediator, are finalizing the terms of the
2  proposed settlement and will thereafter seek the Court's preliminary and then final approval of the
3  proposed settlement;

4  WHEREAS a hearing on Plaintiffs' motion for class certification is set for November 21,
5  2014, and Defendant's opposition thereto is due on November 3, 2014 with Plaintiffs' reply due on
6  November 14, 2014; and

7  WHEREAS the parties desire to continue all dates associated with the pending motion for
8  class certification in order to allow them time to finalize the proposed settlement and seek court
9  approval thereon.

10  IT IS HEREBY STIPULATED AND AGREED that the following dates associated with
11  Plaintiffs' motion for class certification be continued for a period of 12 weeks as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Defendant's Opposition to Class Certification | 11/03/2014 | January 26, 2015 |
| Plaintiffs' Reply in Support of Class Certification | 11/14/2014 | February 6, 2015 |
| Court Hearing on Class Certification | 11/21/2014 | February 13, 2015 |

DATED: October 20, 2014          CAPSTONE LAW APC


                                 By:  /s/ Melissa Grant
                                      RAUL PEREZ
                                      MELISSA GRANT
                                 Attorneys for Plaintiffs JEROME DAVIS and
                                 PRISCILLA HUMPHREY

DATED: October 20, 2014          JEFFER MANGELS BUTLER & MITCHELL LLP


                                 By:  /s/ Michael J. Hassen
                                      MICHAEL J. HASSEN
                                      AN NGUYEN RUDA
                                 Attorneys for Defendant BROWN GROUP RETAIL,
                                 INC., a Pennsylvania corporation, d/b/a Famous
                                 Footwear, erroneously sued as BROWN SHOE
                                 COMPANY, INC.

1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823)
2  AN NGUYEN RUDA (Bar No. 215453)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:     (415) 398-5584

5  Attorneys for Defendant BROWN GROUP RETAIL, INC., a
   Pennsylvania corporation, d/b/a Famous Footwear, erroneously
6  sued as BROWN SHOE COMPANY, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

11

| | |
|---|---|
| JEROME DAVIS and PRISCILLA HUMPHREY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN SHOE COMPANY, INC.,  a New York corporation doing business as Famous Footwear; MIKE WEST, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.     1:13-cv-01211-LJO-BAM<br><br>**ORDER GRANTING STIPULATION POSTPONING HEARING AND FILING DEADLINES ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br>DATE:          November 21, 2014<br>TIME:           9:00 a.m.<br>CTRM:          8<br>JUDGE:        Hon. Barbara A. McAuliffe<br><br>Complaint Filed:  June 4, 2013<br>Removed:           August 2, 2013 |

THE COURT, having reviewed the Stipulation Postponing Hearing and Filing Deadlines on Plaintiffs' Motion for Class Certification, and good cause having been shown,

IT IS HEREBY ORDERED that the following dates associated with Plaintiffs' Motion for Class Certification are continued as follows:

Defendant's Opposition to Plaintiffs' Motion for Class Certification is due on or before January 26, 2015;

Plaintiffs' Reply in Support of Class Certification is due on or before February 6, 2015; and

The hearing on Plaintiffs' Motion for Class Certification will be held on February 13, 2015, at 9:00 a.m. before Judge McAuliffe.

Once the parties have memorialized the potential settlement, the parties shall propose a schedule for the preliminary and final approval.

IT IS SO ORDERED.

Dated:   **October 21, 2014**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE