1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823)
2  AN NGUYEN RUDA (Bar No. 215453)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3813
   Telephone:     (415) 398-8080
4  Facsimile:      (415) 398-5584

5  Attorneys for Defendant BG Retail, LLC, a Delaware limited
   liability corporation, d/b/a/ Famous Footwear, erroneously sued
6  as Brown Shoe Company, Inc.

7

8                       UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

| 11 | JEROME DAVIS, *etc., et al.* | CASE NO.     1:13-cv-01211-LJO-BAM |
|----|------------------------------|-------------------------------------|
| 12 | Plaintiffs, | **STIPULATION POSTPONING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; ORDER** |
| 13 | v. | |
| 14 | BROWN SHOE COMPANY, INC., *etc., et al.* | |
| 15 | | DATE:     April 10, 2015 |
|    | Defendants. | TIME:     9:00 a.m. |
| 16 | | CTRM:    8 |
|    | | JUDGE:   Hon. Barbara A. McAuliffe |

17

18
19      Plaintiffs JEROME DAVIS and PRISCILLA HUMPHREY and Defendant BG RETAIL,
20  LLC, a Delaware limited liability company, d/b/a/ Famous Footwear, erroneously sued as Brown
21  Shoe Company, Inc., by and through their counsel of record, hereby stipulate and agree as follows:
22      WHEREAS, a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action
23  Settlement ("Motion") is set for April 10, 2015, at 9:00 a.m.; and
24      WHEREAS, the parties desire to continue the hearing date associated with the pending
25  Motion to April 24, 2015, at 9:00 a.m.
26      IT IS HEREBY STIPULATED AND AGREED that the hearing on the Motion shall be
27  continued to April 24, 2015, at 9:00 a.m., in Courtroom 8.
28

- 1 -
STIPULATION POSTPONING HRG ON MTN FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 25, 2015 | CAPSTONE LAW APC |
| 3 | | |
| 4 | | By: /s/ Raul Perez |
| 5 | | RAUL PEREZ |
| | | MELISSA GRANT |
| 6 | | Attorneys for Plaintiffs JEROME DAVIS and PRISCILLA HUMPHREY |
| 7 | | |
| 8 | DATED: March 25, 2015 | JEFFER MANGELS BUTLER & MITCHELL LLP |

By: /s/ Michael J. Hassen
MICHAEL J. HASSEN
AN NGUYEN RUDA
Attorneys for Defendant BG RETAIL, LLC, a Delaware limited liability company, d/b/a/ Famous Footwear, erroneously sued as Brown Shoe Company, Inc.

### **ORDER**

THE COURT, having reviewed the Stipulation Postponing Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and good cause having been shown,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Doc. 52) is continued from April 10, 2015 to **April 24, 2015**, at 9:00 a.m. before Judge McAuliffe.

**IT IS SO ORDERED.**

Dated:  **March 26, 2015**          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE